**LAKE FOREST, INC. v. WILLIAMS**

[332 N.C. 660 (1992)]

LAKE FOREST, INC. v. CAROLYN T. WILLIAMS

No. 68PA92

(Filed 19 November 1992)

On writ of certiorari, pursuant to N.C.G.S. § 7A-32(b), to review an unpublished opinion of the Court of Appeals, 104 N.C. App. 802, 411 S.E.2d 205 (1991), reversing a judgment entered by Rice, J., on 14 September 1990, in District Court, New Hanover County. Heard in the Supreme Court 6 October 1992.

*Murchison, Taylor, Kendrick, Gibson & Davenport, by John L. Coble, for plaintiff-appellee.*

*Shipman & Lea, by Gary K. Shipman and Jennifer L. Umbaugh, for defendant-appellant.*

PER CURIAM.

CERTIORARI IMPROVIDENTLY ALLOWED.